THE COUNTY OF SARPY, APPELLEE, v. LESTER BACKUS ET AL., APPELLEES, JOSEPH E. STRAWN ET AL., INTERVENERS AND APPELLANTS. SCHOOL DISTRICT NO. 1 OF SARPY COUNTY, NEBRASKA ET AL., INTERVENERS AND APPELLEES.

30 N. W. 2d 70

Filed December 12, 1947.    No. 32273.

*Brown, Crossman, West, Barton & Quinlan,* for appellants.

*Orville Entenman, William R. Patrick,* and *Bernard A. Martin,* for appellees.

Heard before SIMMONS, C. J., PAINE, MESSMORE, YEAGER, CHAPPELL, and WENKE, JJ., and KROGER, District Judge.

KROGER, District Judge.

For the reasons given in The County of Sarpy v. Gasper, *ante* p. 51, 30 N. W. 2d 67, the judgment appealed from is affirmed.

AFFIRMED.